UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA KOUTNY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-598 (RWR) |
| ) | |
| CARLA J. MARTIN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| ) | |
| STEPHEN K. HOLLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-606 (RWR) |
| ) | |
| CARLA J. MARTIN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| ) | |
| EILEEN BERTORELLI-ZANGRILLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-757 (RWR) |
| ) | |
| CARLA J. MARTIN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| ) | |
| RUTH FALKENBERG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-758 (RWR) |
| ) | |
| CARLA J. MARTIN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

-2-

```
_____
                              )
ELIZABETH GAIL HAYDEN,        )
                              )
          Plaintiff,          )
                              )
     v.                       )     Civil Action No. 06-811 (RWR)
                              )
CARLA J. MARTIN,              )
                              )
          Defendant.          )
_____)
                              )
MARY BAVIS,                   )
                              )
          Plaintiff,          )
                              )
     v.                       )     Civil Action No. 06-812 (RWR)
                              )
CARLA J. MARTIN,              )
                              )
          Defendant.          )
_____)
                              )
MICHAEL KEATING,              )
                              )
          Plaintiff,          )
                              )
     v.                       )     Civil Action No. 06-813 (RWR)
                              )
CARLA J. MARTIN,              )
                              )
          Defendant.          )
_____)
```

**ORDER TO SHOW CAUSE**

It is hereby

ORDERED that plaintiffs shall show cause in writing by June 21, 2006, why the above-captioned cases should not be consolidated under Federal Rule of Civil Procedure 42(a).

-3-

SIGNED this 1st day of June, 2006.

                                              /s/  
                                    RICHARD W. ROBERTS  
                                    United States District Judge

Case 1:06-cv-00758-RWR     Document 3     Filed 06/02/2006     Page 3 of 3