**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RUTH FALKENBERG,<br>        Plaintiff,<br>vs.<br><br>CARLA J. MARTIN, Individually,<br>        Defendant | )<br>)<br>)<br>)<br>) Case No.:  1:06 CV 758-RWR<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF CORRECTION</u>**

Plaintiff, by undersigned counsel provides this Notice of Correction pursuant to Local Civil Rule 11.1.  The full residence address of the plaintiff is:


Ruth Falkenberg
3463 Blake Street
Denver, CO 80205


                                                Respectfully Submitted,

                                                 /s/ Mary Schiavo
                                                Mary Schiavo
                                                DC Bar No. 440175
                                                Motley Rice, LLC
                                                28 Bridgeside Blvd.,
                                                P.O. Box 1792
                                                Mt. Pleasant, SC 29465
                                                (843) 216-9000